FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 20 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA09-124M |
| Benjamin Schwartz DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Tuesday, 3/24/09__, at __10:00__ ☒ a.m. / ☐ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __3/20/09__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge